```
1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | No. 11-42371 EDJ |
| **ALEX NINO and THERESA LYNN NINO,** | Chapter 13 |
| Debtors. _____/ | EX PARTE APPLICATION FOR LIEN STRIP FEE; TRUSTEE'S CONSENT |

The undersigned hereby applies for an order as follows:

1. I am counsel for the above-captioned Debtors.

2. On May 19, 2011, the court entered the order valuing the lien of Bank of America.

3. Debtors' counsel prays for an order allowing the additional flat fee of $1,500.00, to be paid through Debtors' Chapter 13 plan.

Dated: May 31, 2011                    /s/ Patrick L. Forte
                                       PATRICK L. FORTE
                                       Attorney for Debtors

**Trustee's Consent**

I consent to the above application.

Dated: June 22, 2011                   /s/ Martha G. Bronitsky
                                       MARTHA G. BRONITSKY
                                       Chapter 13 Trustee